UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHAVIS VAN & STORAGE OF MYRTLE BEACH, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:11CV1299 RWS |
| UNITED VAN LINES, LLC, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This case was recently reassigned to me and is before me on my review of the file. The Rule 16 conference currently set for October 3, 2011 is reset before me on Friday, October 7, 2011 at 2 p.m. in the chambers of the undersigned. **The parties are expected to comply with the provisions of the August 29, 2011 Order Setting Rule 16 Conference, including by filing a joint proposed scheduling plan on September 26, 2011. Counsel must appear in person and cannot participate by telephone unless a written motion is granted by the Court two days before the scheduled conference.**

Accordingly,

**IT IS HEREBY ORDERED** that the <u>Rule 16 conference currently set for October 3, 2011 is reset for Friday, October 7, 2011 at 2 p.m. in the chambers of the undersigned</u>.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of September, 2011.