UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHAVIS VAN & STORAGE OF MYRTLE BEACH, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )   Case No. 4:11CV1299 RWS |
| UNITED VAN LINES, LLC, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

After careful consideration,

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel [#65] is denied, and **plaintiffs are specifically warned that they and their counsel will be sanctioned if they file another motion to compel without first using sincere, good faith efforts to resolve every topic raised in the motion to compel.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2012.