UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHAVIS VAN & STORAGE OF MYRTLE BEACH, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )  Case No. 4:11CV1299 RWS |
| UNITED VAN LINES, LLC, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

After careful consideration of plaintiffs' motion to compel and defendants' response,

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel [#81] is denied, except defendants shall provide the information they agreed to produce in their opposition brief, which includes the following: defendants shall provide plaintiffs with a verified report regarding the metadata associated with the relevant portion of the Board minutes (page 5 of their response); and, defendants shall supplement their responses to plaintiffs' Requests for Production Numbers 5 and 7 to state that after a diligent search, they are unaware of any additional responsive, non-privileged documents.  Such supplement shall be provided to plaintiffs within ten (10) days of the date of this Order.  In all other respects (including plaintiffs' request to depose defendant United's CEO), the motion to compel is DENIED.

                                                                  RODNEY W. SIPPEL
                                                                  UNITED STATES DISTRICT JUDGE

Dated this 2nd day of April, 2013.