UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHAVIS VAN & STORAGE OF MYRTLE BEACH, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:11CV1299 RWS ) |
| UNITED VAN LINES, LLC, et al., | ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' motion for reconsideration. Plaintiffs ask me to reconsider that portion of my April 9, 2014 Memorandum and Order ordering the Clerk of Court to tax costs. Because plaintiffs' time to file written objections to the bill of costs before the Clerk of Court taxed them had expired under our local rules, I ordered the Clerk to tax those costs. The Court still retains discretion to consider any timely motion to review the Clerk's action under Fed. R. Civ. P. 54(d)(1). I need not reconsider my prior Order because it only relates to the Clerk's administrative procedure of taxing costs under the local rules and does not impede plaintiffs' ability to file a motion under Fed. R. Civ. P. 54(d)(1). Of course, plaintiffs could have made life easier by complying with the local rules and filing their objections before the Clerk of Court actually taxed them, but true to form plaintiffs insist on making even this issue more difficult.[1] I may therefore consider plaintiffs' motion for review of costs without any need to reconsider my prior Memorandum and Order.

Accordingly,

---

[1] If objections are filed, the bill of costs is then treated as a motion and ruled upon by the Court.

**IT IS HEREBY ORDERED** that plaintiffs' motion for reconsideration [#144] is denied as moot.

**IT IS FURTHER ORDERED** that defendants may file any opposition to plaintiffs' motion for review of costs by April 21, 2014. No reply brief is permitted.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of April, 2014.