UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHAVIS VAN & STORAGE OF )
MYRTLE BEACH, INC., et al., )
)
    Plaintiffs, )
)
    vs. )    Case No. 4:11CV1299 RWS
)
UNITED VAN LINES, LLC, et al., )
)
    Defendants. )

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' unopposed motion to stay execution of costs

pending appeal under Fed. R. Civ. P. 62(d). On February 27, 2014, I granted defendants' motion

for summary judgment and dismissed plaintiffs' complaint. Plaintiffs appealed that ruling. On

May 1, 2014, I issued an Order taxing costs against plaintiff Chavis and in favor of defendants in

the amount of $22,796.55. Plaintiffs now seek to stay execution of that cost award pending

appeal without posting a supersedeas bond. The Court has discretion to grant a stay without a

supersedeas bond upon a proper showing. United States v. Mansion House Center

Redevelopment Co., 682 F. Supp. 446, 449-50 (E.D. Mo. 1988). Given that there is no

underlying money judgment being appealed from and defendants do not oppose the motion, the

Court finds that relevant factors weigh in favor of issuing a stay without a bond requirement.

    Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's unopposed motion to stay execution of costs pending appeal [#150] is granted, and this Court's May 1, 2014 Order awarding costs is stayed during the pendency of appeal without any supersedeas bond being required.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of May, 2014.